9

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case:2:21-cr-20005 |
| | Judge: Friedman, Bernard A. |
| Plaintiff, | MJ: Stafford, Elizabeth A. |
| | Filed: 01-06-2021 At 03:58 PM |
| v. | INDI USA V. RUSSELL ET AL (DA) |
| | Violations: |
| D-1 CHRISTOPHER RUSSELL, | 21 U.S.C. § 846 |
| D-2 MALIK COWPER. | 21 U.S.C. § 841(a)(1) |
| | 21 U.S.C. § 841(b)(1)(B) |
| Defendants. | 18 U.S.C. § 922(o) |

_____/

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

(21 U.S.C. § 846 – Conspiracy to Commit a Title 21 Offense)

D-1 CHRISTOPHER RUSSELL
D-2 MALIK COWPER

On or about and between October 1, 2020, through on or about December 9, 2020, both dates being approximate and inclusive, in the Eastern District of Michigan and elsewhere, the defendants, CHRISTOPHER RUSSELL and MALIK COWPER, knowingly conspired and agreed with each other and with persons known and unknown to the Grand Jury, to distribute and to possess with intent to distribute

1

controlled substances, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

With respect to the defendants, CHRISTOPHER RUSSELL and MALIK COWPER, the controlled substances involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, are 100 grams or more of a mixture and substance containing a detectable amount of heroin (a Schedule I controlled substance), and 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl (a Schedule II controlled substance), in violation of Title 21, United States Code, Section 841(b)(1)(B)(i).

## COUNT TWO

D-1 CHRISTOPHER RUSSELL

(21 U.S.C. § 841(a)(1) – Distribution of Controlled Substances)

On or about October 5, 2020, in the Eastern District of Michigan, the defendant, CHRISTOPHER RUSSELL, knowingly and intentionally distributed a mixture and substance containing heroin (a Schedule I controlled substance) and fentanyl (a Schedule II controlled substance), in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT THREE

D-1 CHRISTOPHER RUSSELL

(21 U.S.C. § 841(a)(1) – Distribution of Controlled Substances)

On or about October 9, 2020, in the Eastern District of Michigan, the defendant, CHRISTOPHER RUSSELL, knowingly and intentionally distributed a mixture and substance containing heroin (a Schedule I controlled substance) and fentanyl (a Schedule II controlled substance), in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT FOUR

D-1 CHRISTOPHER RUSSELL

(21 U.S.C. § 841(a)(1) – Distribution of Controlled Substances)

On or about October 14, 2020, in the Eastern District of Michigan, the defendant, CHRISTOPHER RUSSELL, knowingly and intentionally distributed a mixture and substance containing heroin (a Schedule I controlled substance) and fentanyl (a Schedule II controlled substance), in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT FIVE

D-1 CHRISTOPHER RUSSELL

(21 U.S.C. § 841(a)(1) – Distribution of Controlled Substances)

On or about October 21, 2020, in the Eastern District of Michigan, the defendant, CHRISTOPHER RUSSELL, knowingly and intentionally distributed a mixture and substance containing heroin (a Schedule I controlled substance) and fentanyl (a Schedule II controlled substance), in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

### COUNT SIX

D-2 MALIK COWPER

(21 U.S.C. § 841(a)(1) – Distribution of Controlled Substances)

On or about November 4, 2020, in the Eastern District of Michigan, the defendant, MALIK COWPER, knowingly and intentionally distributed a mixture and substance containing heroin (a Schedule I controlled substance) and fentanyl (a Schedule II controlled substance), in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

### COUNT SEVEN

D-2 MALIK COWPER

(21 U.S.C. § 841(a)(1) – Distribution of Controlled Substances)

On or about November 12, 2020, in the Eastern District of Michigan, the defendant, MALIK COWPER, knowingly and intentionally distributed a mixture and substance containing heroin (a Schedule I controlled substance) and fentanyl (a

Schedule II controlled substance), in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT EIGHT

D-2 MALIK COWPER

(21 U.S.C. § 841(a)(1) – Distribution of Controlled Substances)

On or about November 23, 2020, in the Eastern District of Michigan, the defendant, MALIK COWPER, knowingly and intentionally distributed a mixture and substance containing heroin (a Schedule I controlled substance) and fentanyl (a Schedule II controlled substance), in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT NINE

D-2 MALIK COWPER

(21 U.S.C. § 841(a)(1) – Distribution of Controlled Substances)

On or about December 2, 2020, in the Eastern District of Michigan, the defendant, MALIK COWPER, knowingly and intentionally distributed a mixture and substance containing heroin (a Schedule I controlled substance) and fentanyl (a Schedule II controlled substance), in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT TEN

(18 U.S.C. § 922(o) – Illegal Possession of a Machine Gun)

D-1 CHRISTOPHER RUSSELL

On or about December 9, 2020, in the Eastern District of Michigan, the defendant, CHRISTOPHER RUSSELL, knowingly possessed a machine gun, that is, a Glock, model 17, 9mm caliber pistol equipped with a Glock conversion switch which rendered it fully automatic, in violation of Title 18 U.S.C. § 922(o).

## FORFEITURE ALLEGATIONS

(18 U.S.C. § 924(d), 21 U.S.C. § 853(a), and 28 U.S.C. § 2461)

The allegations contained in Counts One, Two, Three, Four, Five, Six, Seven, Eight, Nine, and Ten of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853(a); and, Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment, pursuant to Title 21, United States Code, Section 853(a)(1), the defendant shall forfeit to the United States any property constituting, or derived from, proceeds he obtained, directly or indirectly, as the result of such violation.

Upon conviction of the offense charged in Counts One, Two, Three, Four, Five, Six, Seven, Eight, Nine, and Ten of this Indictment, pursuant to Title 21, United States Code, Section 853(a)(2), the defendant shall forfeit to the United States any property used, or intended to be used, in any manner or part, to commit, or

facilitate the commission of such violation. Upon conviction of the offense charged in Count Four of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461, any firearm or ammunition involved in or used in any knowing violation of knowing violation of subsection (a)(4), (a)(6), (f), (g), (h), (i), (j), or (k) of Title 18, United States Code, Section 922, or knowing violation of Title 18, United States Code, Section 924.

<u>Substitute Assets</u>: If the property described above as being subject to forfeiture, as a result of any act or omission of:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
United States Attorney

CRAIG WININGER
Chief, Violent and Organized Crime Unit

*s/Blake S. Hatlem*
BLAKE S. HATLEM
Assistant United States Attorney

Dated: January 6, 2021

8

| United States District Court Eastern District of Michigan | Criminal Case Cove | Case: 2:21-cr-20005<br>Judge: Friedman, Bernard A.<br>MJ: Stafford, Elizabeth A.<br>Filed: 01-06-2021 At 03:58 PM<br>INDI USA V. RUSSELL ET AL (DA) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurat

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☑No | AUSA's Initials: |

**Case Title:** USA v. Christopher Russell, et. al.

**County where offense occurred:** Jackson

**Offense Type:** Felony

Indictment – based on prior complaint [Case number 20-MJ-30509]

### Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

**Reason:**

| Defendant Name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

January 6, 2021
Date

Blake Hatlem
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Blake.Hatlem@usdoj.gov
(313) 226-9613
Bar #: P58969

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.